**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**EDDIE BLACK**                                                                            **PLAINTIFF**

**v.**                                                       **NO. 3:04CV141-M-D**

**GEO/WACKENHUT, ET AL.**                                        **DEFENDANTS**

## FINAL JUDGMENT

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated September 15, 2005, and the September 26, 2005, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated September 15, 2005, is hereby approved and adopted as the opinion of the court.

2. That the defendants' September 15, 2005, motion for summary judgment is hereby **GRANTED**.

3. That judgment is hereby **ENTERED** for the defendants.

4. That this case is **CLOSED.**

THIS, the 26th day of October, 2005.

                                                       /s/ Michael P. Mills
                                                    **UNITED STATES DISTRICT JUDGE**